No. 89–7484.   BROWN *v.* UNITED STATES.   C. A. 4th Cir.
Certiorari denied.

No. 89–7486.   STROUT *v.* VERMONT.   Sup. Ct. Vt.   Certiorari
denied.

No. 89–7487.   WOODARD *v.* COUGHLIN ET AL.   C. A. 2d Cir.
Certiorari denied.

No. 89–7488.   WRIGHT *v.* UNITED STATES ET AL.   C. A. 2d
Cir.   Certiorari denied.

No. 89–7489.   GREEN *v.* LYNN, SECRETARY, LOUISIANA DE-
PARTMENT OF CORRECTIONS.   C. A. 5th Cir.   Certiorari denied.

No. 89–7490.   RUTTER *v.* UNITED STATES.   C. A. 10th Cir.
Certiorari denied.

No. 89–7493.   GOAD *v.* MORRIS, WARDEN.   C. A. 6th Cir.
Certiorari denied.

No. 89–7495.   BONDZIE *v.* WOODLEY & SIMON ET AL.   Cir. Ct.
City of Richmond, Va.   Certiorari denied.

No. 89–7502.   ABBOTT *v.* CLAIBORNE PARISH SCHOOL BOARD.
Ct. App. La., 2d Cir.   Certiorari denied.

No. 89–7511.   MARTINEZ *v.* WHITE, WARDEN, ET AL.   C. A.
6th Cir.   Certiorari denied.

No. 89–7513.   MORGAN *v.* UNITED STATES.   C. A. 4th Cir.
Certiorari denied.

No. 89–7517.   BAILEY *v.* RYAN STEVEDORING CO., INC., ET
AL.   C. A. 5th Cir.   Certiorari denied.

No. 89–7520.   WRIGHT *v.* OREGON.   Sup. Ct. Ore.   Certiorari
denied.

No. 89–7521.   SIMS *v.* WALKER, SUPERINTENDENT, AUBURN
CORRECTIONAL FACILITY.   C. A. 2d Cir.   Certiorari denied.

No. 89–7525.   WRIGHT *v.* RODRIGUEZ.   C. A. 2d Cir.   Certio-
rari denied.